HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
MELISSA BARISHMAN, ESQ.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CHRISTINA MONTARULI, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01875-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXPUNGE LIS PENDENS** |

SFR Investments Pool 1, LLC ("SFR" or "Defendant") and Plaintiff Bayview Loan Servicing, LLC ("Bayview" or "Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for SFR to Reply in support of its Motion to Dismiss, or in the alternative, Motion for Summary Judgment and Motion to Expunge Lis Pendens is extended to **Wednesday, February 25, 2015.**

///

- 1 -

This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 24th day of February, 2015.                    DATED this 24th day of February, 2015.

**HOWARD KIM & ASSOCIATES**                               **LAW OFFICES OF LES ZIEVE**

/s/ *Diana S. Cline*                                       /s/ *Benjamin D. Petiprin*
Howard C. Kim, Esq.                                        Benjamin D. Petiprin, Esq.
Nevada Bar No. 10386                                       Nevada Bar No. 11681
Diana S. Cline, Esq.                                       3753 Howard Hughes Parkway, Suite 200
Nevada Bar No. 10580                                       Las Vegas, NV 89169
Jacqueline A. Gilbert, Esq.                                *Attorneys for Bayview Loan Servicing, LLC*
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED February 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

_____
Howard C. Kim, Esq.
Nevada Bar No. 10386
Diana S. Cline, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*