# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,               )<br>                                                                )<br>            Plaintiff,                                   )<br>                                                                )<br>vs.                                                            )<br>                                                                )<br>SFR INVESTMENTS POOL 1, LLC, et al.,  )<br>                                                                )<br>            Defendants.                             )<br>_____) | Case No. 2:14-cv-01875-JCM-GWF<br><br>**ORDER** |

    This matter is before the Court on Bank of America, N.A.'s Application to Intervene (#76) filed October 29, 2015.  There being no opposition filed, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Bank of America, N.A.'s Application to Intervene (#76) is **granted**.

    **IT IS FURTHER ORDERED** that the hearing on this matter set for Thursday, December 3, 2015 at 10:30 a.m. is hereby **vacated**.

    DATED this 25th day of November, 2015.

                                                                   _____<br>
                                                                  GEORGE FOLEY, JR.<br>
                                                                  United States Magistrate Judge