DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>  Claimant in Intervention,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; BUENA VISTA HOMEOWNER'S ASSOCIATION d/b/a BUENA VISTA HOMES, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOES I through X, inclusive; ROES I through X, inclusive;<br><br>  Defendants in Intervention. | Case No.: 2:14-cv-01875-JCM-GWF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>  Counter-Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CHRISTINA MONTARULI, an individual,<br><br>  Counter-Defendant/Cross Defendants. | |

{39369710;1}

Claimant in Intervention/Counter-Defendant/Cross Defendant Bank of America, N.A. (**BANA**) by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP.  BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent BANA and requests that Darren T. Brenner and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 7th day of September, 2016.

                          **AKERMAN LLP**

                          /s/  *Brett M. Coombs*

                          Darren T. Brenner, Esq.
                          Nevada Bar No. 8386
                          Brett M. Coombs, Esq.
                          Nevada bar No. 12570
                          1160 Town Center Drive, Suite 330
                          Las Vegas, Nevada 89144

                          *Attorneys for Bank of America, N.A.*

### COURT APPROVAL

IT IS SO ORDERED.

Date: September 8, 2016

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 7th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email:  diana@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada  89145
Email:  ted@boyacklaw.com

*Attorneys for Buena Vista Homeowner's Association*

　　　　　　　　　　　　　　　　　*/s/ Josephine Washenko*
　　　　　　　　　　　　　　　　　An employee of Akerman LLP

{39369710;1}                              3