# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BAYVIEW LOAN SERVICING, LLC, )
        Plaintiff, )    Case No. 2:14-cv-01875-JCM-GWF
vs. )    **ORDER**
SFR INVESTMENTS POOL 1, LLC, et al., )
        Defendants. )

This matter is before the Court on Cross-Defendant in Intervention Nevada Association Services, Inc.'s Motion to Allow Counsel to be Added to the Service List (ECF No. 125), filed on December 28, 2016.  Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Cross-Defendant in Intervention Nevada Association Services, Inc.'s Motion to Allow Counsel to be Added to the Service List (ECF No. 125) is **granted**.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall add Richard Vilkin, Esq. to the CM/ECF service list in this case.

DATED this 29th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge